**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.**

DENNIS J. YOUNG, individually,

     Plaintiffs,

v.

NCH INVESTMENTS, LLC, a Florida limited
liability company; AZIZ IBN MUNIR, individually; and
SPACE COAST CREDIT UNION, a member-owned
not-for-profit financial cooperative,

     Defendants.

_____/

## COMPLAINT

Dennis J. Young sues defendants NCH Investments LLC, Aziz Ibn Munir and Space Coast

Credit Union and says:

### Parties, Jurisdiction, and Venue

1.    Plaintiff Dennis J. Young ("Young") is *sui juris* and a citizen of the state of

Missouri.

2.    Defendant NCH Investments LLC ("NCH") is a limited liability company chartered

under the laws of the state of Florida, a citizen of the said state, with its principal offices at 201

South Biscayne Blvd., 28th Floor, Miami, FL 33131.

3.    Defendant Aziz Ibn Munir ("Munir") is *sui juris*, a citizen of the state of Florida,

and the Chief Executive Officer of NCH.

4.    Defendant Space Coast Credit Union ("Space Coast") is a member-owned, not-for-

profit financial cooperative whose principal offices are located at 8045 North Wickham Rd.,

CASE NO.:

Melbourne, FL 32940, and is a citizen of the state of Florida that renders, among other services, business services for small to mid-sized businesses.

5.      There is complete diversity of citizenship between the parties.  Young is a citizen of Missouri and all defendants are citizens of Florida for diversity purposes.

6.      In addition, more than $75,000 is at issue in this matter, exclusive of fees, costs and interest.

7.      Therefore, subject matter jurisdiction is founded upon diversity of citizenship and the amount in controversy.

8.      This court has personal jurisdiction over all defendants pursuant to Section 48.193(1)(a)(1) of the Florida Statutes because they operated, conducted, engaged in, and/or carried on a business or business venture in Florida and/or have an office in Florida.  In addition, this court has personal jurisdiction over all defendants pursuant to Section 48.193(1)(a)(7) of the Florida Statutes because they breached contracts in Florida that required performance here.  In addition, this court has personal jurisdiction over defendant Space Coast pursuant to Section 48.193(1)(a)(2) of the Florida Statutes because Space Coast committed tortious acts in Florida.

9.      Venue is proper because all defendants reside or do business in the Southern District of Florida.

## **Background Allegations**

10.      On or about March 18, 2015, Young entered into a written loan agreement with NCH.  A true copy of the loan agreement is attached as Exhibit "A."

11.      On or about March 18, 2015, Munir and NCH executed a promissory note payable to Young in the face amount of $900,000.  A true copy of the promissory note is attached as Exhibit "B."

2

CASE NO.:

12.     On or about March 18, 2015, as security for the above corresponding loan transaction, Space Coast issued its Irrevocable Letter of Credit Number 0138 in favor of Young in the amount of $900,000.  Space Coast's letter of credit was signed by John C. Martinez, Business Services Manager ("Martinez").  A copy of Space Coast's letter of credit is attached as Exhibit "C."

13.     Upon information and belief, Martinez' employment with Space Coast terminated in or about May 2015.  Young did not acquire knowledge of Martinez' termination of employment until well after the events complained of.

14.     On or about July 17, 2015, Young entered into a second loan agreement, this time with both NCH and Munir.  A copy of the loan agreement is attached as Exhibit "D."

15.     On or about July 17, 2015, NCH and Munir executed a promissory note payable to Young in the face amount of $1,500,000.  A copy of the promissory note dated July 17, 2015 is attached as Exhibit "E."

16.     On or about July 17, 2015, as security for the above corresponding loan transaction, Space Coast purported to issue its Irrevocable Letter of Credit Number 0141 in favor of Young in the amount of $1,500,000.  A copy of the letter of credit is attached as Exhibit "F."

17.     The issuance of the July 17, 2015 letter of credit took place at Space Coast's Mission Bay Plaza branch facility located in Boca Raton, Florida.  Martinez was present at the facility in its internal offices and there he delivered the letter of credit to Young.  Martinez exhibited an employee identification badge that he attached to his belt.

18.     Contemporaneously with the execution of the loan agreement, the promissory note and the letter of credit, each of July 17, 2015, the loan agreement and the promissory note of March 18, 2015, were canceled and discharged, and the letter of credit issued by Space Coast of March

**PAYTON & ASSOCIATES, LLC**
One Biscayne Tower, Suite 1600, 2 So. Biscayne Boulevard, Miami, FL 33131  305.372.3500

CASE NO.:

18, 2015, was redeemed.  In practical effect, the July 17, 2015 transaction was a refinancing and modification of the earlier March 18, 2015 transaction.

19.     On or about October 16, 2015, Young entered into a loan agreement with NCH and Munir, a copy of which is attached as Exhibit "G."

20.     On or about October 16, 2015, NCH and Munir executed a promissory note payable to Young in the principal sum of $3,000,000.  A copy of the promissory note of October 16, 2015 is attached as Exhibit "H."

21.     On or about October 16, 2015, as security for the above corresponding loan transaction, Space Coast purported to issue its Irrevocable Letter of Credit Number 0142 in favor of Young in the sum of $3,000,000.  A copy of the letter of credit is attached as Exhibit "I."

22.     The issuance of the letter of credit of October 16, 2015, occurred in the internal offices of the Space Coast branch facility located in Sheridan Plaza at 5353 Sheridan St., Hollywood, FL 33021.  Martinez was present and there he delivered the letter of credit to Young. Martinez displayed an employee identification card that he attached to his belt.

23.     At the time that Martinez delivered the letter of credit 0142 to Young, he also delivered to Young a letter purportedly signed by Tom Baldwin, Executive Vice President/Chief Financial Officer of Space Coast dated October 13, 2015, confirming Martinez' authority to execute a letter of credit on behalf of Space Coast in favor of Young in the amount of $3,000,000. A true copy of the letter of October 13, 2015, is attached as Exhibit "J."

24.     On March 28, 2016, NCH and Munir defaulted on their payment obligations under the loan agreements and promissory notes dated July 17, 2015 and October 16, 2015.

PAYTON & ASSOCIATES, LLC
One Biscayne Tower, Suite 1600, 2 So. Biscayne Boulevard, Miami, FL 33131  305.372.3500

CASE NO.:

25.     On March 30, 2016, Young traveled to Space Coast's branch facility located at 3700 Lakeside Drive, 4th Floor, Miramar, FL 33027, and presented the two letters of credit Numbers 0141 and 0142 for redemption.

26.     Young was met by bank officer Abel Hernandez, who took possession of the two letters of credit and the letter of October 13, 2015 (that confirmed Martinez' authority), and retired to his office.

27.     Approximately thirty (30) minutes later, Abel Hernandez returned to where Young was waiting in the lobby of the branch, and returned the two letters of credit and the letter of authorization.  Abel Hernandez advised Young that Space Coast did not record on its books either of the two letters of credit and the letter confirming Martinez' authority was forged.

28.     Space Coast has refused payment of the two letters of credit Numbers 0141 and 0142.

29.     Plaintiff has elected to accelerate the balances due under the loan agreements of July 17, 2015 and October 16, 2015, and the corresponding promissory notes.

30.     The parties agreed that the loan agreements and any resulting actions from same shall be governed by Missouri law.

31.     Young has engaged the undersigned firm of attorneys and has agreed to pay the said firm a reasonable fee for its services, which fees are recoverable pursuant to the provisions of the loan agreements and promissory notes that are the subject of this action.

## COUNT I
### (Breach of Loan Agreement of July 17, 2015 – NCH and Munir)

Young sues NCH and Munir, jointly and severally, and re-alleges paragraphs 1 through 31, and further alleges:

32.     Young has performed the Loan Agreement of July 17, 2015.

CASE NO.:

33.     NCH and Munir have failed to perform the Loan Agreement of July 17, 2015.

34.     Under the Loan Agreement of July 17, 2015, there is now due, owing and unpaid from NCH and Munir to Young the sum of $1,500,000.

35.     As a direct and proximate result of the foregoing, Young has suffered damages.

Wherefore, Dennis J. Young demands judgment for damages against NCH and Munir, jointly and severally, together with costs, interest and attorneys' fees and such other relief as this court deems meet and just.

## COUNT II
### (Breach of Loan Agreement of October 16, 2015 – NCH and Munir)

Young sues NCH and Munir, jointly and severally, and re-alleges paragraphs 1 through 31, and further alleges:

36.     Young has performed the Loan Agreement of October 16, 2015.

37.     NCH and Munir have failed to perform the Loan Agreement of October 16, 2015.

38.     Under the Loan Agreement of October 16, 2015, there is now due, owing and unpaid from NCH and Munir to Young the sum of $3,000,000.

39.     As a direct and proximate result of the foregoing, Young has suffered damages.

Wherefore, Dennis J. Young demands judgment for damages against NCH and Munir, jointly and severally, together with costs, interest and attorneys' fees and such other relief as this court deems meet and just.

## COUNT III
### (Breach of Promissory Note of July 17, 2015 – NCH and Munir)

Young sues NCH and Munir, jointly and severally, and re-alleges paragraphs 1 through 31, and further alleges:

40.     Young owns and holds the original promissory note of July 17, 2015.

**PAYTON & ASSOCIATES, LLC**
**One Biscayne Tower, Suite 1600, 2 So. Biscayne Boulevard, Miami, FL 33131  305.372.3500**

CASE NO.:

41.     There is due, owing and unpaid from NCH and Munir to Young the sum of $1,500,000.

Wherefore, Dennis J. Young demands judgment for damages against NCH and Munir, jointly and severally, together with costs, interest and attorneys' fees and such other relief as this court deems meet and just.

## COUNT IV
### (Breach of Promissory Note of October 16, 2015 – NCH and Munir)

Young sues NCH and Munir, jointly and severally, and re-alleges paragraphs 1 through 31, and further alleges:

42.     Young owns and holds the original promissory note of October 16, 2015.

43.     There is due, owing and unpaid from NCH and Munir to Young the sum of $3,000,000.

Wherefore, Dennis J. Young demands judgment for damages against NCH and Munir, jointly and severally, together with costs, interest and attorneys' fees and such other relief as this court deems meet and just.

## COUNT V
### (Letter of Credit 0141 of July 17, 2015 – Space Coast)

Young sues Space Coast and re-alleges paragraphs 1 through 28 and paragraph 31, and further alleges:

44.     Space Coast's dishonor of the Letter of Credit 0141 was wrongful.

45.     As a direct and proximate result thereof, Young has suffered damages.

Wherefore, Dennis J. Young demands judgment for damages against Space Coast, together with costs, interest and attorneys' fees pursuant to Section 675.111 of the Florida Statutes and such other relief as this court deems meet and just.

**PAYTON & ASSOCIATES, LLC**
**One Biscayne Tower, Suite 1600, 2 So. Biscayne Boulevard, Miami, FL 33131  305.372.3500**

CASE NO.:

## COUNT VI
### (Letter of Credit 0142 of October 16, 2015 – Space Coast)

Young sues Space Coast and re-alleges paragraphs 1 through 28 and paragraph 31, and further alleges:

46.    Space Coast's dishonor of the Letter of Credit 0142 was wrongful.

47.    As a direct and proximate result thereof, Young has suffered damages.

Wherefore, Dennis J. Young demands judgment for damages against Space Coast, together with costs, interest and attorneys' fees pursuant to Section 675.111 of the Florida Statutes and such other relief as this court deems meet and just.

## COUNT VII
### (Negligence – Space Coast)

Young sues Space Coast and re-alleges paragraphs 1 through 28 and paragraph 31, and further alleges:

48.    Space Coast had a duty to its customers to ensure that former employees did not have the means to engage in business transactions with its customers in its name after their employment ended.

49.    After Martinez's employment with Space Coast ended, he gained access to and conducted business with plaintiff in the internal offices of two of Space Coast's branch facilities.

50.    After Martinez's employment with Space Coast ended, Martinez displayed his employee identification tag within the confines of the two branch office facilities to create the appearance of being an official of Space Coast and authorized to conduct business within two branch office facilities.

51.    After Martinez's employment with Space Coast ended, Martinez gained access to Space Coast's stationery on which he printed two letters of credit, Numbers 0141 and 0142, and a

8
**PAYTON & ASSOCIATES, LLC**
**One Biscayne Tower, Suite 1600, 2 So. Biscayne Boulevard, Miami, FL 33131  305.372.3500**

CASE NO.:

letter purportedly signed by Space Coast's Chief Financial Officer, confirming Martinez's authority to issue Irrevocable Letter of Credit Number 0142 in the amount of $3,000,000.

52.     Space Coast failed to perform its duty; failed to monitor the persons having access to the internal offices of its branch facilities; failed to remove Martinez's employee identification card from his possession; failed to ensure that its stationery could not be used by someone unauthorized use it; and failed to ensure that former employees did not have the means to engage in business transactions with its customers in its name after their employment ended.

53.     As a direct and proximate result thereof, Young suffered damages.

Wherefore, Denis J. Young demands damages against Space Coast, together with costs and interest and such other and further relief as this court deems meet and just.

DATED this 19th day of July, 2016.

Respectfully submitted,

**PAYTON & ASSOCIATES, LLC**
*Attorneys for Plaintiff*
One Biscayne Tower, Suite 1600
2 So. Biscayne Boulevard
Miami, FL 33131
Tel. 305-372-3500
Fax. 305-577-4895


By:     _____*/s/ Harry A. Payton*_____
        Harry A. Payton, Esq.
        Fla. Bar No. 097527
        Primary Email:  payton@payton-law.com
        Secondary Email: smorejon@payton-law.com
        Patrick J. Rengstl, Esq.
        Fla. Bar No. 0581631
        Primary Email:  rengstl@payton-law.com
        Secondary Email: adacy@payton-law.com

**PAYTON & ASSOCIATES, LLC**
**One Biscayne Tower, Suite 1600, 2 So. Biscayne Boulevard, Miami, FL 33131  305.372.3500**

# EXHIBIT "A"

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

## LOAN AGREEMENT

**THIS LOAN AGREEMENT (this "Agreement") dated this 18th day of March, 2015**

**BETWEEN:**

**DENNIS J. YOUNG** of 5100 Hwy PP, Poplar Bluff, MO, 63901

(the "Lender")

**OF THE FIRST PART**

**AND**

NCH Investments LLC of 490 S. Stone Mountain Lithonia Road, Stone Mountain, GA, 30088
(the "Borrower")

**OF THE SECOND PART**

**IN CONSIDERATION OF** the Lender loaning certain monies (the "Loan") to the Borrower, and the Borrower repaying the Loan to the Lender, both parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

### Loan Amount & Interest

1. The Borrower promises to repay principal plus interest in the amount of Nine Hundred Thousand Dollars ($900,000.00) all inclusive.

### Payment

2. This Loan will be repaid at Twenty Thousand Dollars ($20,000.00) per month beginning thirty (30) days from the date of closing. The loan shall be repaid in full in six months from the date of funding in a balloon payment. Borrowers shall receive a credit for all interim payments made during the pendency of the loan.

### Default

1

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

3. Notwithstanding anything to the contrary in this Agreement, if the Borrower defaults in the performance of any obligation under this Agreement, then the Lender may declare the principal amount owing and interest due under this Agreement at that time to be immediately due and payable.

4. If the Borrower defaults in payment as required under this Agreement for a period of ten (10) days, then the Lender is granted all rights to the Security Instrument.

**Security**

5. This Loan is secured by the following security (the "Security"): Nine Hundred Thousand Dollars USD ($900,000.00) Irrevocable Letter of Credit from Space Coast Federal Credit Union at 3700 Lakeside Drive, 4th floor, Miramar, FL 33027. A sample of the verbiage for the Irrevocable Letter of Credit is more fully set forth in Exhibit "A" attached herewith and made a part hereof. The Irrevocable Letter of Credit shall be delivered via secured email and the hard copy delivered via Bonded Carrier to the Lender at 5100 Hwy PP, Poplar Bluff, MO, 63901 or in person.

6. The Borrower grants to the Lender a security interest in the Security until this Loan is paid in full. The Borrower will do everything necessary to assist the Lender in perfecting its security interest.

**Governing Law**

7. This Agreement will be construed in accordance with and governed by the laws of the State of Missouri and county of Butler.

**Binding Arbitration**

All claims and disputes arising under or relating to this Agreement are to be settled by binding arbitration in the County of Butler, State of Missouri in which parties agree to arbitrate. An award of arbitration may be confirmed in a court of competent jurisdiction in the County of Butler, State of Missouri.

**Costs**

8. All costs, expenses and expenditures including, without limitation, the complete legal costs incurred by enforcing this Agreement as a result of any default by the Borrower, will be added to the principal then outstanding and will immediately be paid by the Borrower.

**Binding Effect**

2

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

9. This Agreement will pass to the benefit of and be binding upon the respective heirs, executors, administrators, successors and permitted assigns of the Borrower and Lender. The Borrower waives presentment for payment, notice of non-payment, protest, and notice of protest.

**Amendments**

10. This Agreement may only be amended or modified by a written instrument executed by both the Borrower and the Lender.

**Responsability**

11. NCH Investments LLC shall be responsible for any legal fees or costs incurred, by either party if there is a dispute.

**General Provisions**

12. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

**Entire Agreement**

13. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or otherwise. NCH Investments LLC shall be responsible for any legal fees or costs incurred, by either party.

**IN WITNESS WHEREOF**, the parties have duly affixed their signatures under hand and seal on this _18_ day of _March_ , _2015_.

SIGNED, SEALED, AND DELIVERED
this _18_ day of _March_ ,
_2015_ .

DENNIS J. YOUNG, LENDER/OBLIGEE
BY:

_Dawn Harding_
Notary Public

DAWN HARDING
Notary Public - State of Missouri
My Commission Expires September 25, 2016
Butler County
Commission #12534648

SIGNED, SEALED, AND DELIVERED
this _18_ day of _March_ ,
_2015_ .

NCH Investments LLC

3

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

per: _____ (SEAL)
Aziz I. Munir, CEO/Managing Member

DAWN HARDING
Notary Public - State of Missouri
My Commission Expires September 25, 2016
Butler County
Commission #12534648

NOTARY Public

4

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

## EXHIBIT "A"

**DATE:** March 16, 2015

**BENEFICIARY:**

Dennis J. Young
5100 HWY PP
Poplar Bluff, Missouri

**APPLICANT:**

NCH Investments, LLC
490 South Stone Mountain Lithonia Road
Stone Mountain, Georgia 30088

**RE:** Irrevocable Letter of Credit Number (TBD)

Space Coast Credit Union ("Issuer") hereby establishes Irrevocable Letter of Credit Number (TBD) in favor of the aforesaid addressee Dennis J. Young ("Beneficiary") for drawings up to the sum of *Nine Hundred Thousand and 00/100 U.S. Dollars (\$ 900,000.00 USD)* effective immediately and expiring at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 with our close of business on the 19th day of October, 2015.

The term "beneficiary" shall include any successor by operation of law of the named Beneficiary, including, without limitation, any receiver, rehabilitator, conservator, or liquidator of such Beneficiary.

We hereby undertake to promptly honor your sight draft(s) drawn on us indicating our Credit Number (TBD), for all or any part of this Credit if presented at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 on or before the expiry date.

Except as expressly stated herein, this undertaking is not subject to any condition or qualification. The obligations of Space Coast Credit Union under this Letter of Credit shall be the Individual obligation of Space Coast Credit Union in no way contingent upon reimbursement with respect thereto.

Should you have occasion to communicate with us regarding the Credit, kindly direct your communication to the attention of our Letter of Credit Department, making specific reference to our Letter of Credit Number (TBD).

This Letter of Credit is subject to and governed by the laws of the State of Florida and the Uniform Customs and Practice for Documentary Credit (hereinafter called the "UCP") as most recently published by the International Chamber of Commerce. It shall in all respects be deemed a part hereof as fully as if Incorporated herein and shall apply to the Credit. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida, except to the extent such laws are inconsistent with "UCP."

SPACE COAST CREDIT UNION

_____
John C. Martinez
Business Service Manager

*3.16.2015*
DATE

5

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

# EXHIBIT "B"

**$900,000.00**                                                      **March 18, 2015**

FOR VALUE RECEIVED, I, **AZIZ IBN MUNIR**, and **NCH INVESTMENTS, LLC,** by Aziz Ibn Munir, being all of the members of said Limited Liability Company, promise to pay to the order of **DENNIS J. YOUNG,** of 5100 Hwy PP, Poplar Bluff, MO 63901, the sum of **Nine Hundred Thousand Dollars Exactly, ($900,000.00),** together with interest thereon from date hereof at the rate of (n/a) per annum, with monthly payments in the amount of **$20,000.00** payable on the **18th** of each month, with the entire balance being due and payable on or before **September 17, 2015.** If default is made in any payment when due, Dennis J. Young may at his discretion redeem the Letter of Credit entered into on March 18, 2015 with Space Coast Credit Union.

Makers agree to pay all cost of collection, including a reasonable attorney fee, in the event collection is necessary.

**GRANTER(S):**



_____   Azie Ibn Munir
Aziz Ibn Munir



**NCH INVESTMENTS, LLC**



_____   Aziz Ibn Munir
Aziz Ibn Munir, Managing Member

6

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

**FUNDS DISPERSAL:**

**March 18, 2015**

I, Aziz Ibn Munir, personally, and on behalf of NCH Investments LLC request the following dispersal of funds from my loan proceeds derived from closing of loan today, March 18, 2015, between NCH Investments LLC ("Borrower") and Dennis J. Young ("Lender").  This loan is guaranteed by Irrevocable Letter of Credit issued by Space Coast Credit Union in Miramar, Florida.

Dispersal 1:  Commission ($33,000.00)

Name:  Win-Some Financial Corporation

Deliver: check and/or transfer

*See attachment "A"

Dispersal 2:  Commission ($27,000.00)

On behalf of: M & N Investments LLC

Delivery: wire transfer

Bank Name: Bank of America

Bank Address: 615 W. Pike St., Lawrenceville, GA

Bank Phone: (770)995-3150

Account Name: Norman Reid

Account Address:  930 New Hope Rd., suite 11-208, Lawrenceville, GA 30045

Account Routing: 026009593

Account Number: 003345837200

Dispersal 3: Balance of Funds ($558,000)

Delivery: _____

Bank Name: _____

Bank Address: _____

7

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

Bank Phone: _____

Account Name: _____

Account Address: _____

Account Routing: _____

Account Number: _____

By signing below, I acknowledge that these are my instructions to the Lender or closing agent for the dispersal of funds from the loan proceeds described above. I take full responsibility in the issuance and delivery of these instructions.

**Aziz Ibn Munir**

**Managing Partner, NCH Investments LLC**

# EXHIBIT "B"

Loan Date Closing March 18, 2015
Loan Due Date September 17, 2015

# EXHIBIT "B"

**$900,000.00**                                                                                    **March 18, 2015**

FOR VALUE RECEIVED, I, **AZIZ IBN MUNIR**, and **NCH INVESTMENTS, LLC**, by Aziz Ibn Munir, being all of the members of said Limited Liability Company, promise to pay to the order of **DENNIS J. YOUNG**, of 5100 Hwy PP, Poplar Bluff, MO 63901, the sum of **Nine Hundred Thousand Dollars Exactly, ($900,000.00),** together with interest thereon from date hereof at the rate of (n/a) per annum, with monthly payments in the amount of **$20,000.00** payable on the **18th** of each month, with the entire balance being due and payable on or before **September 17, 2015.** If default is made in any payment when due, Dennis J. Young may at his discretion redeem the Letter of Credit entered into on March 18, 2015 with Space Coast Credit Union.

Makers agree to pay all cost of collection, including a reasonable attorney fee, in the event collection is necessary.

**GRANTER(S):**

_____
Aziz Ibn Munir

**NCH INVESTMENTS, LLC**

_____
Aziz Ibn Munir, Managing Member

6

# EXHIBIT "C"



March 18, 2015

**Beneficiary:**    Dennis J. Young
                   5100 HWY PP
                   Poplar Bluff, MO  63901

**Applicant:**    NCH Investments, LLC
                   490 South Stone Mountain Lithonia Road
                   Stone Mountain, GA  30088

**RE: Irrevocable Letter of Credit No. 0138**

Space Coast Credit Union ("Issuer") hereby establishes this Irrevocable Letter of Credit Number 0138 in favor of the aforesaid addressee Dennis J. Young ("Beneficiary") for drawing up to the sum of **Nine Hundred Thousand and 00/100 United States Dollars ($900,000.00)** effective immediately and expiring at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 with the close of business on the 19th day of October 2015.

The term "Beneficiary" shall include any successor by operation of law of the named Beneficiary, including, without limitation, any receiver, rehabilitator, conservator or liquidator of such Beneficiary.

We hereby undertake to promptly honor the sight draft drawn on us indicating our Letter of Credit number 0138 for all or any part of this Credit if presented at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 on or before the expiry date.

Except as expressly stated herein, this undertaking is not subject to any condition or qualification. The obligation of Space Coast Credit Union under this Letter of Credit shall be individual obligation of Space Coast Credit Union in no way contingent upon reimbursement with respect thereto.

Should you have occasion to communicate with us regarding the Credit, kindly direct your communication to the attention of our Letter of Credit Department, making specific reference to our Letter of Credit Number 0138.

This Letter of Credit is subject to and governed by the laws of the State of Florida and the Uniform Customs and Practice for Documentary Credit (hereinafter called the "UCP") as most recently published by the International Chamber of Commerce.  It shall in all respects be deemed a part hereof as fully as if incorporated herein and shall apply to the Credit. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida, except to the extent such laws are inconsistent with "UCP."

Space Coast Credit Union

John C. Martinez
Business Services Manager

                                3.18.2015
                                Date

SCCU.COM

# EXHIBIT "D"

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

## LOAN AGREEMENT

**THIS LOAN AGREEMENT (this "Agreement")** dated this 17th day of July, **2015**

**BETWEEN:**

**DENNIS J. YOUNG** of 5100 Hwy PP, Poplar Bluff, MO, 63901

(the "Lender")

**OF THE FIRST PART**

**AND**

**NCH Investments, LLC** of 201 S. Biscayne Boulevard, 28th Floor, Miami, Florida   33131-4332
(the "Borrower")

**OF THE SECOND PART**

**WHEREAS** Borrower executed a promissory note in favor of Lender on or about March 18, 2015, in the amount of NINE HUNDRED THOUSAND DOLLARS ($900,000.00);

**WHEREAS** Borrower desires to borrow additional money from Lender pursuant to the following terms:

**IN CONSIDERATION OF** the Lender loaning certain monies (the "Loan") to the Borrower, and the Borrower repaying the Loan to the Lender, both parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

### Loan Amount, Interest and Disbursements

1. The Lender shall loan Borrower an additional EIGHT HUNDRED THOUSAND DOLLARS ( $800,000.00), of which TWO HUNDRED THOUSAND DOLLARS ($200,000.00) shall be immediately repaid to Lender as a credit to the previous aforementioned promissory note, leaving a balance of the original loan amount of SEVEN HUNDRED THOUSAND DOLLARS ($700,000.00).  Accordingly, the new total loan amount Borrower shall owe Lender is ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00).

Borrower Initial 

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

2. Disbursements shall be made at closing as set forth in the Funds Disbursement Instructions, a copy of which is set forth in Exhibit A, by the Escrow Agent.

**Payment**

3. Borrower shall pay Lender TWENTY SEVEN THOUSANDNINE HUNDRED NINETY SEVEN DOLLARS AND TWENTY TWO CENTS ($27,997.22) per month beginning August 17, 2015 and continuing each and every month thereafter until March 17, 2016. Borrower acknowledges that there will be a total of 8 Monthly Payments of ($27,997.22).These 8 monthly payments will be followed by a **BALLOON** payment of ONE MILLION THREE HUNDRED SEVENTY FIVE THOUSAND SEVENTY SIX DOLLARS AND TWENTY EIGHT CENTY ($1,375,076.28). Borrower acknowledges that the final monthly payment and the subsequent balloon payment are both due on March 17, 2016.

4. Borrowers will execute a Promissory Note at closing containing the aforesaid terms, in substantially the form set forth in Exhibit B.

5. Payments will be apportioned as set forth in the Amortization Schedule, Exhibit C.

Lender's Initial _____

Borrower's Initial _____

**Default**

6. Notwithstanding anything to the contrary in this Agreement, if the Borrower defaults in the performance of any obligation under this Agreement and does not make the TWENTY SEVEN THOUSAND NINE HUNDRED NINETY SEVEN DOLLARS AND TWENTY TWO CENTS ($27,997.22) monthly payment due starting on August 17, 2015 and continuing monthly thereafter on the ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) loan, then the Lender may declare the ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) loan under this Agreement in default and immediately due and payable.

7. If the Borrower defaults in any of the TWENTY SEVEN THOUSAND NINE HUNDRED NINETY SEVEN DOLLARS AND TWENTY TWO CENTS ($27,997.22) monthly payments as required under this Agreement for a period of TEN (10) days, then the Lender is granted all rights to the ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) Security Instrument (Irrevocable Letter of Credit # 0141 _____ and dated the 17th day of July, 2015).

Lender's Initial _____

Borrower's Initial _____

**Security**

8. The previous loan is secured by an Irrevocable Letter of Credit, a copy of which is attached hereto as Exhibit D. A condition precedent to the new loan agreement is that Borrower shall provide additional security in the form of an Irrevocable Letter of Credit

Borrower Initial _____

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

from a satisfactory lending institution in the total amount of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00), the terms of which will be consistent with and in substantially the same form as the prior Irrevocable Letter of Credit attached hereto as Exhibit D. The new security shall be delivered to the Lender in person on the day of closing and shall extend to all time periods relevant to this transaction plus an additional 30 days.

9. The Borrower grants to the Lender a security interest in the Security until this Loan is paid in full. The Borrower will do everything necessary to assist the Lender in perfecting its security interest.

**Governing Law**

10. This Agreement will be construed in accordance with and governed by the laws of the State of Missouri.

Lender's Initial _____               Borrower's Initial _____

**EXCLUSIVE JURISDICTION**

11. All claims and disputes arising under or relating to this Agreement, including the Promissory Notes, are to be litigated exclusively in the Circuit Court of Butler County, State of Missouri. The parties agree that this venue clause is an essential element to this Agreement and all parties consent to personal jurisdiction of Butler County, Missouri.

Lender's Initial _____               Borrower's Initial _____

**Costs**

12. All costs, expenses and expenditures including, without limitation, attorney's fees and costs incurred by enforcing this Agreement as a result of any default by the Borrower will be added to the principal then outstanding and will immediately be paid by the Borrower. Fees and costs will be assessed whether or not litigation is instituted, and if litigation is necessary, said fees and costs will be assessed for both trial and appeal.

**Binding Effect**

13. This Agreement will pass to the benefit of and be binding upon the respective heirs, executors, administrators, successors and permitted assigns of the Borrower and Lender. The Borrower waives presentment for payment, notice of non-payment, protest, and notice of protest.

**Amendments**

14. This Agreement may only be amended or modified by a written instrument executed by both the Borrower and the Lender.

Borrower Initial _____

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

## Severability

15. The clauses and paragraphs contained in this Agreement are intended to be read and construed independently of each other. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result. NCH Investments LLC shall be responsible for any legal fees or costs incurred, by either party.

## General Provisions

16. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

## Entire Agreement

17. This Agreement, together with the Promissory Notes, Irrevocable Letters of Credit AND Funds Dispersal Instructions constitute the entire agreement between the parties and there are no further items or provisions, either oral or otherwise. NCH Investments LLC shall be responsible for any legal fees or costs incurred, by either party.

18. As an additional condition precedent, **AZIZ IBN MUNIR** agrees to execute and be personally responsible for the payment of the new Promissory Note attached hereto as Exhibit B and all amounts due hereunder. **AZIZ IBN MUNIR** also agrees to be bound by the Exclusive Jurisdiction provision set forth above and consents to said jurisdiction.

*Borrower Initial*

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

**IN WITNESS WHEREOF,** the parties have duly affixed their signatures under hand and seal on this 17th day of July, 2015.

**SIGNED, SEALED, AND DELIVERED**
this _17_ day of _July_ ,
_2015._

DENNIS J. YOUNG, LENDER/OBLIGEE
BY:

**SIGNED, SEALED, AND DELIVERED**
this _17_ day of _July_ ,
_2015._

NCH Investments LLC

per _____(SEAL)
Aziz J. Munir, CEO/Managing Member

AZIZ IBN MUNIR, individually
As Personal Guarantor

Borrower Initial

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

# EXHIBIT A

**FUNDS DISPERSAL INSTRUCTIONS:**

**July 17, 2015**

I, Aziz Ibn Munir, personally, and on behalf of NCH Investments LLC request the following dispersal of funds from my loan proceeds derived from closing held on, July 17, 2015, between NCH Investments, LLC ("Borrower") and Dennis J. Young ("Lender"). This loan is guaranteed by Irrevocable Letter of Credit issued by Space Coast Federal Credit Union in Miramar, Florida.

**Dispersal 1:  Commission ($25,000.00)**

Name:  Win-Some Financial Corporation Escrow

Deliver: check and/or transfer

**Dispersal 2: $200,000.00** To Lender Dennis J. Young, to pay down the original balance of the March 18, 2015 loan

**Dispersal 3: $200,000.00 NCH Investments, LLC**                    (Check)

**Disbursed as follows $375,000.00 NCH Investments  LLC Business Operating Account**

Delivery: _____

Bank Name: TD Bank

Bank Address:  510 High Street, Mount Holly, New Jersey  08060

Bank Phone:   (609) 267-8999

Account Name:    NCH Investments LLC

Account Holder Business Address: 201 S. Biscayne Boulevard, Miami, Florida  33131-4332

Account Routing:  031201360

Account Number:  431-22268190

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

# EXHIBIT B
# PROMISSORY NOTE

**$1,500,000.00**

**July 17, 2015**

FOR VALUE RECEIVED, I, **AZIZ IBN MUNIR**, and **NCH INVESTMENTS, LLC**, by Aziz Ibn Munir, being all of the members of said Limited Liability Company, promise to pay to the order of **DENNIS J. YOUNG**, of 5100 Hwy PP, Poplar Bluff, MO 63901, the sum of **ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) exactly,** together with interest thereon from date hereof. This amount is at a rate of (10.275%) amortized over six (6) years having monthly payments of **TWENTY SEVEN THOUSAND NINE HUNDRED NINETY SEVEN DOLLARS AND TWENTY TWO CENTS ($27,997.22)** payable on the 17th of each month with the entire balance being due and payable on or before **March 17, 2016**.

Borrower acknowledges that there will be a total of 8 Monthly Payments of TWENTY-SEVEN THOUSAND NINE HUNDRED NINETY-SEVEN DOLLARS and TWENTY-TWO CENTS ($27,997.22). These 8 monthly payments will be followed by a **BALLOON** payment of ONE MILLION THREE HUNDRED SEVENTY FIVE THOUSAND SEVENTY SIX DOLLARS AND TWENTY EIGHT CENTY ($1,375,076.28). Borrower acknowledges that the final monthly payment and the subsequent balloon payment are both due on March 17, 2016.

If default is made in any payment when due, Dennis J. Young may at his sole discretion redeem the Letter of Credit entered into on July 17, 2015 # _0141_ .

Makers agree to pay all costs of collection, including a reasonable attorney fee, in the event collection is necessary.

**MAKERS AND BORROWERS:**

Aziz Ibn Munir, CEO/Managing Member
NCH Investments LLC

Aziz Ibn Munir, Individually

*Borrower Initial*

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

# EXHIBIT "C"

## AMORTIZATION SCHEDULE

| DATE | PAYMENT | PRINCIPAL | INTEREST | TOTAL INTEREST | BALANCE |
|------|---------|-----------|----------|----------------|---------|
| Aug. 2015 | $27,997.22 | $15,153.47 | $12,843.75 | $12,843.75 | $1,484,846.53 |
| Sept. 2015 | $27,997.22 | $15,283.22 | $12,714.00 | $25,557.75 | $1,469,563.30 |
| Oct. 2015 | $27,997.22 | $15,414.09 | $12,583.14 | $38,140.88 | $1,454,149.22 |
| Nov. 2015 | $27,997.22 | $15,546.07 | $12,451.15 | $50,592.04 | $1,438,603.14 |
| Dec. 2015 | $27,997.22 | $15,679.18 | $12,318.04 | $62,910.08 | $1,422,923.96 |
| Jan. 2016 | $27,997.22 | $15,813.44 | $12,183.79 | $75,093.86 | $1,407,110.52 |
| Feb. 2016 | $27,997.22 | $15,948.84 | $12,048.38 | $87,142.25 | $1,391,161.69 |
| Mar. 2016 | $27,997.22 | $16,085.40 | $11,911.82 | $99,054.07 | $1,375,076.28 |

*Borrower Initial* 

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

# EXHIBIT "D"

DATE: March 16, 2015

BENEFICIARY:

Dennis J. Young
5100 HWY PP
Poplar Bluff, Missouri

APPLICANT:

NCH Investments, LLC
490 South Stone Mountain Lithonia Road
Stone Mountain, Georgia 30088

RE:   Irrevocable Letter of Credit Number (TBD)

Space Coast Credit Union ("Issuer") hereby establishes irrevocable Letter of Credit Number (TBD) in favor of the aforesaid addressee Dennis J. Young ("Beneficiary") for drawings up to the sum of *Nine Hundred Thousand and 00/100 U.S. Dollars (\$ 900,000.00 USD)* effective immediately and expiring at our office at 3700 Lakeside Drive, 4ᵗʰ Floor, Miramar, Florida 33027 with our close of business on the 15ᵗʰ day of October, 2015.

The term "beneficiary" shall include any successor by operation of law of the named Beneficiary, including, without limitation, any receiver, rehabilitator, conservator, or liquidator of such beneficiary.

We hereby undertake to promptly honor your sight draft(s) drawn on us indicating our Credit Number (TBD), for all or any part of this Credit if presented at our office at 3700 Lakeside Drive, 4ᵗʰ Floor, Miramar, Florida 33027 on or before the expiry date.

Except as expressly stated herein, this undertaking is not subject to any condition or qualification. The obligations of Space Coast Credit Union under this Letter of Credit shall be the individual obligation of Space Coast Credit Union in no way contingent upon reimbursement with respect thereto.

Should you have occasion to communicate with us regarding this Credit, kindly direct your communication to the attention of our Letter of Credit Department, making specific reference to our Letter of Credit Number (TBD)

This Letter of Credit is subject to and governed by the laws of the State of Florida and the Uniform Customs and Practice for Documentary Credit (hereinafter called the "UCP") as most recently published by the International Chamber of Commerce. It shall in all respects be deemed a part hereof as fully as if incorporated herein and shall apply to this Credit. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida, except to the extent such laws are inconsistent with "UCP"

SPACE COAST CREDIT UNION

_____        _3.16.2015_
John C. Martinez                        DATE
Business Service Manager

*Borrower Initial*

# EXHIBIT "E"

Loan Date Closing July 17, 2015
Loan Due Date March 17, 2016

# EXHIBIT B
# PROMISSORY NOTE

**$1,500,000.00**

**July 17, 2015**

FOR VALUE RECEIVED, I, **AZIZ IBN MUNIR**, and **NCH INVESTMENTS, LLC**, by Aziz Ibn Munir, being all of the members of said Limited Liability Company, promise to pay to the order of **DENNIS J. YOUNG**, of 5100 Hwy PP, Poplar Bluff, MO 63901, the sum of **ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) exactly,** together with interest thereon from date hereof. This amount is at a rate of (10.275%) amortized over six (6) years having monthly payments of **TWENTY SEVEN THOUSAND NINE HUNDRED NINETY SEVEN DOLLARS AND TWENTY TWO CENTS ($27,997.22)** payable on the 17th of each month with the entire balance being due and payable on or before **March 17, 2016.**

Borrower acknowledges that there will be a total of 8 Monthly Payments of TWENTY-SEVEN THOUSAND NINE HUNDRED NINETY-SEVEN DOLLARS and TWENTY-TWO CENTS ($27,997.22). These 8 monthly payments will be followed by a **BALLOON** payment of ONE MILLION THREE HUNDRED SEVENTY FIVE THOUSAND SEVENTY SIX DOLLARS AND TWENTY EIGHT CENTY ($1,375,076.28). Borrower acknowledges that the final monthly payment and the subsequent balloon payment are both due on March 17, 2016.

If default is made in any payment when due, Dennis J. Young may at his sole discretion redeem the Letter of Credit entered into on July 17, 2015 # _0141_.

Makers agree to pay all costs of collection, including a reasonable attorney fee, in the event collection is necessary.

**MAKERS AND BORROWERS:**

Aziz Ibn Munir, CEO/Managing Member
NCH Investments LLC

Aziz Ibn Munir, Individually

*Borrower Initial*

# EXHIBIT "F"



**SPACE COAST**
**CREDIT UNION**
S C C U  ●  C O M

DATE: July 17, 2015

**BENEFICIARY:**

Dennis J. Young
5100 HWY PP
Poplar Bluff, MO  63901

**APPLICANT:**

NCH Investments, LLC
201 South Biscayne Boulevard
28th Floor
Miami, FL  33131

**RE:      Irrevocable Letter of Credit No. 0141**

Space Coast Credit Union ("Issuer") hereby establishes Irrevocable Letter of Credit Number 0141 in favor of aforesaid addressee Dennis J. Young ("Beneficiary") for drawings up to the sum of **One Million Five Hundred Thousand and 00/100 U.S. Dollars ($1,500,000.00)** effective immediately and expiring at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 with our close of business on 17th day of April, 2016.

The term "beneficiary" shall include any successor by operation of law the name beneficiary, including, without limitation, any receiver, rehabilitator, conservator, or liquidator of such beneficiary.

We hereby undertake to promptly honor your sight draft(s) drawn on us indicating our Credit Number 0141, for all or any part of the Credit.  If presented at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 on or before the expiry date.

Except as expressly stated herein, this undertaking is not subject to any condition or qualification.  The obligations of Space Coast Credit Union under the Letter of Credit shall be the individual obligation of Space Coast Credit Union in no way contingent upon reimbursement with respect therein.

Should you have occasion to communicate with us regarding the Credit, kindly direct your communication to the attention of our Letter of Credit Department, making specific reference to our Letter of Credit Number 0141.

This Letter of Credit is subject to and governed by the laws of the State of Florida and the Uniform Customs and Practice for Documentary Credit (hereinafter called the "UCP") as most recently published by the International Chamber of Commerce.  It shall in all respects be deemed a part hereof as fully as if Incorporated herein and shall apply to the Credit.  This Agreement shall be governed by and construed in accordance with the laws of the State of Florida, except to the extent such laws are Inconsistent with "UCP."

SPACE COAST CREDIT UNION

_____                    7. 17. 2015
John C. Martinez                                              DATE
Business Service Manager

SCCU.COM

# EXHIBIT "G"

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

## LOAN AGREEMENT

**THIS LOAN AGREEMENT (this "Agreement")** dated this 16th day of October, **2015**

**BETWEEN:**

**DENNIS J. YOUNG** of 5100 Hwy PP, Poplar Bluff, MO, 63901

(the "Lender")

### OF THE FIRST PART

### AND

**NCH Investments, LLC** of 201 S. Biscayne Boulevard, 28th Floor, Miami, Florida   33131-4332
(the "Borrower")

### OF THE SECOND PART

**IN CONSIDERATION OF** the Lender loaning certain monies (the "Loan") to the Borrower, and the Borrower repaying the Loan to the Lender, both parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

### Loan Amount, Interest, & Disbursement

1. The Borrower promises to repay principal plus interest in the amount of Three Million Dollars ($3,000,000.00) all inclusive.  Interest will be calculated on an Annual Percentage Rate and will be applied at a rate of 10.2125%.

2. Disbursements shall be made at closing as set forth in the Funds Disbursement Instructions, a copy of which is set forth in Exhibit A, by the Escrow Agent.

### Payment

3. Borrower shall pay Lender **THIRTY NINE THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND TWENTY FIVE CENTS ($39,998.25)** per month beginning November 16, 2015 and continuing each and every month thereafter until June 16, 2016. Borrower acknowledges that there will be a total of 8 Monthly payments of ($39,998.25).  These 8 Monthly payments will be followed by a **BALLOON** payment of **TWO MILLION, EIGHT HUNDRED EIGHTY THOUSAND, SEVEN HUNDRED FORTY-SEVEN DOLLARS AND TWENTY-THREE CENTS ($2,880,747.23)** Borrower acknowledges that the final monthly payment and the subsequent balloon payment are both due on June 16, 2016.

1

*Borrower Initial*

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

*Lender's Initial*                                    *Borrower's Initial*

4. Borrowers will execute a Promissory Note at closing containing the aforesaid terms, in substantially the form set forth in Exhibit B.

5. Payments will be apportioned as set forth in the Amortization Schedule, Exhibit C.

*Lender's Initial*                                    *Borrower's Initial*

**Default**

6. Notwithstanding anything to the contrary in this Agreement, if the Borrower defaults in the performance of any obligation under this Agreement and does not make the **THIRTY NINE THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND TWENTY FIVE CENTS ($39,998.25)** monthly payment due starting on November 16, 2015 and continuing monthly thereafter on the THREE MILLION DOLLARS ($3,000,000.00) loan, then the Lender may declare the THREE MILLION DOLLARS ($3,000,000.00) loan under this Agreement in default and is immediately due and payable.

7. If the Borrower defaults in any of the **THIRTY NINE THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND TWENTY FIVE CENTS ($39,998.25)** monthly payments as required under this Agreement for a period of TEN (10) days, then the Lender is granted all rights to the THREE MILLION DOLLARS ($3,000,000.00) Security Instrument (Irrevocable Letter of Credit # _0142_ and dated the 16th day of October, 2015).

*Lender's Initial*                                    *Borrower's Initial*

**Security**

8. Borrower shall provide security in the form of an Irrevocable Letter of Credit from Space Coast Credit Union in the total amount of THREE MILLION DOLLARS ($3,000,000.00), the terms of which will be consistent with the Irrevocable Letter of Credit attached hereto as Exhibit D. The security shall be delivered to the Lender in person on the day of closing and shall extend to all time periods relevant to the transaction plus an additional 30 days.

9. The Borrower grants to the Lender a security interest in the Security until this Loan is paid in full. The Borrower will do everything necessary to assist the Lender in perfecting its security interest.

**Governing Law**

10. This Agreement will be construed in accordance with and governed by the laws of the State of Missouri.

2

*Borrower Initial*

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

*Lender's Initial* _____          *Borrower's Initial* _____

## EXCLUSIVE JURISDICTION

11. All claims and disputes arising under or relating to this Agreement, including the Promissory Note (Exhibit B), are to be litigated exclusively in the Circuit Court of Butler County, State of Missouri. The parties agree that this venue clause is an essential element to this Agreement and all parties consent to the venue and jurisdiction of Butler County, Missouri.

*Lender's Initial* _____          *Borrower's Initial* _____

## Costs

12. All costs, expenses and expenditures including, without limitation, attorney's fees and costs incurred by enforcing this Agreement as a result of any default by the Borrower will be added to the principal then outstanding and will immediately be paid by the Borrower. Fees and costs will be assessed whether or not litigation is instituted, and if litigation is necessary, said fees and costs will be assessed for both trial and appeal.

## Binding Effect

13. This Agreement will pass to the benefit of and be binding upon the respective heirs, executors, administrators, successors and permitted assigns of the Borrower and Lender. The Borrower waives presentment for payment, notice of non-payment, protest, and notice of protest.

## Amendments

14. This Agreement may only be amended or modified by a written instrument executed by both the Borrower and the Lender.

## Severability

15. The clauses and paragraphs contained in this Agreement are intended to be read and construed independently of each other. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result. NCH Investments LLC shall be responsible for any legal fees or costs incurred, by either party.

## General Provisions

3                                          *Borrower Initial* _____

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

16. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

### Entire Agreement

17. This Agreement, together with the Promissory Note, amortization schedule, Irrevocable Letter of Credit, AND Funds dispersal Instructions constitute the entire agreement between the parties and there are no further items or provisions, either oral or otherwise. NCH Investments LLC shall be responsible for any legal fees or costs incurred, by either party.

18. As an additional condition precedent, **AZIZ IBN MUNIR** agrees to execute and be personally responsible for the payment of the Promissory Note attached hereto as Exhibit B and all amounts due hereunder. **AZIZ IBN MUNIR** also agrees to be bound by the Exclusive Jurisdiction provision set forth above and consents to said jurisdiction.

**IN WITNESS WHEREOF,** the parties have duly affixed their signatures under hand and seal on this 16th day of October, 2015.

SIGNED, SEALED, AND DELIVERED
this ___ day of _____ ,
2015.

(DENNIS J. YOUNG, LENDER/OBLIGEE
BY:

SIGNED, SEALED, AND DELIVERED
this ___ day of _____

NCH Investments LLC
per: _____ (SEAL)
Aziz I. Munir, CEO/Managing Member

NCH INVESTMENTS LLC
INCORPORATED IN
THE STATE OF FLORIDA
INCORPORATED DATE
MARCH 17, 2015

AZIZ IBN MUNIR, individually

4

*Borrower Initial* ___

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

# EXHIBIT A

**FUNDS DISBURSAL INSTRUCTIONS:**

**October 16, 2015**

I, Aziz Ibn Munir, personally, and on behalf of NCH Investments LLC request the following disbursal of funds from my loan proceeds derived from closing held on, October 16, 2015, between NCH Investments, LLC ("Borrower") and Dennis J. Young ("Lender"). This loan is guaranteed by Irrevocable Letter of Credit issued by Space Coast Federal Credit Union in Miramar, Florida.

**Disbursal 1:  Commission ($75,000.00)**                     *Borrower Initial_____*

Name:  Win-Some Financial Corporation Escrow

Deliver: check and/or transfer

**Disbursal 2: $10,000.00** To Dennis J. Young for travel expenses      *Borrower Initial_____*

**Disbursal 3: $35,000.00** To Dennis J. Young for legal expenses      *Borrower Initial_____*

**Disbursal 4: NCH Investments LLC**                          *Borrower Initial_____*

**Disbursed as follows $2,880,000.00 NCH Investments  LLC's Operating Account**

Delivery: _____

Bank Name: TD Bank

Bank Address:  510 High Street, Mount Holly, New Jersey  08060

Bank Phone:   (609) 267-8999

Account Name:    NCH Investments LLC

Account Holder Business Address: 201 S. Biscayne Boulevard, Miami, Florida  33131-4332

Account Routing:  031201360

Account Number:  431-22268190

1                                                    *Borrower Initial* 

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

# EXHIBIT B
# PROMISSORY NOTE

**$3,000,000.00**                                                          **October 16, 2015**

     FOR VALUE RECEIVED, I, **AZIZ IBN MUNIR**, and **NCH INVESTMENTS, LLC,** by Aziz Ibn Munir, being all of the members of said Limited Liability Company, promise to pay to the order of **DENNIS J. YOUNG**, of 5100 Hwy PP, Poplar Bluff, MO 63901, the sum of **THREE MILLION DOLLARS ($3,000,000.00) exactly,** together with interest thereon from date hereof. Interest will be assessed at a rate of 10.2125% APR amortized over ten (10) years having monthly payments of **THIRTY NINE THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND TWENTY FIVE CENTS ($39,998.25)** payable on the 2nd of each month with the entire balance being due and payable on or before **June 16, 2016.**

     Borrowers acknowledge that there will be a total of 8 Monthly Payments of **THIRTY-NINE THOUSAND, NINE HUNDRED NINETY-EIGHT DOLLARS AND TWENTY-FIVE CENTS ($39,998.25).** These 8 Monthly payments will be followed by a balloon payment of **TWO MILLION, EIGHT HUNDRED EIGHTY THOUSAND, SEVEN HUNDRED FORTY-SEVEN DOLLARS AND TWENTY-THREE CENTS (2,880,747.23).** Borrowers acknowledge that the final monthly payment and the subsequent balloon payment are both due on June 16, 2016.

If default is made in any payment when due, Dennis J. Young may at his sole discretion redeem the Letter of Credit entered into on October 16, 2015 # _0142_ .

     Makers agree to pay all costs of collection, including a reasonable attorney fee, in the event collection is necessary.

*Waivers:* Makers and all others who have obligations under this note waive the rights of presentment and notice of dishonor. Presentment means the right to require the Note Holder to demand payment of amounts due. Notice of dishonor means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**MAKERS AND BORROWERS:**

Aziz Ibn Munir, CEO/Managing Member
NCH Investments LLC


Aziz Ibn Munir, Individually

7                                                          *Borrower Initial*

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

**Lender: Dennis J. Young**

**Borrowers:Aziz Ibn Munir & NCH Investments, LLC**

**Principal Amount: $3,000,000.00**

**Interest Rate: 10.2125% APR**

### EXHIBIT C
### AMORTIZATION SCHEDULE

| DATE | PAYMENT | PRINCIPAL | INTEREST | TOTAL INTEREST | BALANCE |
|---|---|---|---|---|---|
| Nov. 2015 | $39,998.25 | $14,468.25 | $25,530.00 | $25,530.00 | $2,985,531.75 |
| Dec. 2015 | $39,998.25 | $14,591.37 | $25,406.88 | $50,936.88 | $2,970,940.38 |
| Jan. 2016 | $39,998.25 | $14,715.54 | $25,282.70 | $76,219.58 | $2,956,224.84 |
| Feb. 2016 | $39,998.25 | $14,840.77 | $25,157.47 | $101,377.05 | $2,941,384.07 |
| Mar. 2016 | $39,998.25 | $14,967.07 | $25,031.18 | $126,408.23 | $2,926,417.00 |
| Apr. 2016 | $39,998.25 | $15,094.44 | $24,903.81 | $151,312.04 | $2,911,322.56 |
| May 2016 | $39,998.25 | $15,222.89 | $24,775.36 | $176,087.39 | $2,896,099.67 |
| June 2016 | $39,998.25 | $15,352.44 | $24,645.81 | $200,733.20 | $2,880,747.23 |

8

*Borrower Initial* 

# EXHIBIT D

## "Draft Letter of Credit"

DATE: October 16, 2015

**Beneficiary:**        Dennis J. Young
5100 Hwy PP
Poplar Bluff, MO  63901

**Applicant:**        NCH Investments, LLC
201 South Biscayne Boulevard
28th Floor
Miami, FL  33131

**RE:        Irrevocable Letter of Credit No. TBD**

Space Coast Credit Union ("Issuer") hereby establishes Irrevocable Letter of Credit Number TBD in favor of aforesaid addressee Dennis J. Young ("Beneficiary") for drawings up to the sum of **Three Million and 00/100 U.S. Dollars (3,000,000.00)** effective immediately and expiring at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 with our close of business on the 18th day of July, 2016.

The term "beneficiary" shall include any successor by operation of law the name beneficiary, including, without limitation, any receiver, rehabilitator, conservator, or liquidator of such beneficiary.

We hereby undertake to promptly honor your sight draft(s) drawn on us indicating our Credit Number TBD, for all or any part of the Credit, if presented at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 on or before the expiry date.

Except as expressly stated herein, this undertaking is not subject to any condition or qualification.  The obligations of Space Coast Credit Union under the Letter of Credit shall be the individual obligation of Space Coast Credit Union, and is not contingent upon reimbursement with respect thereto.

Should you have occasion to communicate with us regarding the Credit, kindly direct your communication to the attention of our Letter of Credit Department, making specific reference to our Letter of Credit Number TBD.

This Letter of Credit is subject to and governed by the laws of the State of Florida and the Uniform Customs and Practice for Documentary Credit (hereinafter called the "UCP") as most recently published by the International Chamber of Commerce.  It shall in all respects be deemed a part hereof as fully as if incorporated herein and shall apply to the Credit. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida, except to the extent such laws are inconsistent with "UCP".

**Space Coast Credit Union**


_____              _____ TBD _____

John C. Martinez                                                      Date
Business Service Manager

# EXHIBIT "H"

Loan Date Closing October 16, 2015
Loan Due Date June 16, 2016

# EXHIBIT B
## PROMISSORY NOTE

**$3,000,000.00**                                                    **October 16, 2015**

FOR VALUE RECEIVED, I, **AZIZ IBN MUNIR**, and **NCH INVESTMENTS, LLC,** by Aziz Ibn Munir, being all of the members of said Limited Liability Company, promise to pay to the order of **DENNIS J. YOUNG**, of 5100 Hwy PP, Poplar Bluff, MO  63901, the sum of **THREE MILLION DOLLARS ($3,000,000.00) exactly,** together with interest thereon from date hereof. Interest will be assessed at a rate of 10.2125% APR amortized over ten (10) years having monthly payments of **THIRTY NINE THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND TWENTY FIVE CENTS ($39,998.25)** payable on the 2nd of each month with the entire balance being due and payable on or before **June 16, 2016**.

Borrowers acknowledge that there will be a total of 8 Monthly Payments of **THIRTY-NINE THOUSAND, NINE HUNDRED NINETY-EIGHT DOLLARS AND TWENTY-FIVE CENTS ($39,998.25).** These 8 Monthly payments will be followed by a balloon payment of **TWO MILLION, EIGHT HUNDRED EIGHTY THOUSAND, SEVEN HUNDRED FORTY-SEVEN DOLLARS AND TWENTY-THREE CENTS (2,880,747.23).**  Borrowers acknowledge that the final monthly payment and the subsequent balloon payment are both due on June 16, 2016.

If default is made in any payment when due, Dennis J. Young may at his sole discretion redeem the Letter of Credit entered into on October 16, 2015 # _C/42_ .

Makers agree to pay all costs of collection, including a reasonable attorney fee, in the event collection is necessary.

*Waivers:* Makers and all others who have obligations under this note waive the rights of presentment and notice of dishonor.  Presentment means the right to require the Note Holder to demand payment of amounts due.  Notice of dishonor means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**MAKERS AND BORROWERS:**

Aziz Ibn Munir, CEO/Managing Member
NCH Investments LLC

Aziz Ibn Munir, Individually

7

*Borrower Initial*

# EXHIBIT "I"



DATE: October 16, 2015

**Beneficiary:**     Dennis J. Young
              5100 HWY PP
              Poplar Bluff, MO  63901

**Applicant:**     NCH Investments, LLC
              201 South Biscayne Boulevard
              28th Floor
              Miami, FL  33131

RE:     **Irrevocable Letter of Credit No. 0142**

Space Coast Credit Union ("Issuer") hereby establishes Irrevocable Letter of Credit Number 0142 in favor of aforesaid addressee Dennis J. Young ("Beneficiary") for drawings up to the sum of **Three Million and 00/100 U.S. Dollars ($3,000,000.00)** effective immediately and expiring at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 with our close of business on 18th day of July, 2016.

The term "beneficiary" shall include any successor by operation of law the name beneficiary, including, without limitation, any receiver, rehabilitator, conservator, or liquidator of such beneficiary.

We hereby undertake to promptly honor your sight draft(s) drawn on us indicating our Credit Number 0142, for all or any part of the Credit if presented at our office at 3700 Lakeside Drive, 4th Floor, Miramar, Florida 33027 on or before the expiry date.

Except as expressly stated herein, this undertaking is not subject to any condition or qualification.  The obligations of Space Coast Credit Union under the Letter of Credit shall be the individual obligation of Space Coast Credit Union and is not contingent upon reimbursement with respect therein.

Should you have occasion to communicate with us regarding the Credit, kindly direct your communication to the attention of our Letter of Credit Department, making specific reference to our Letter of Credit Number 0142.

This Letter of Credit is subject to and governed by the laws of the State of Florida and the Uniform Customs and Practice for Documentary Credit (hereinafter called the "UCP") as most recently published by the International Chamber of Commerce.  It shall in all respects be deemed a part hereof as fully as if Incorporated herein and shall apply to the Credit.  This Agreement shall be governed by and construed in accordance with the laws of the State of Florida, except to the extent such laws are Inconsistent with "UCP."

**Space Coast Credit Union**

_____          _10·16·2015_
John C. Martinez                              Date
Business Service Manager

# EXHIBIT "J"



October 13, 2015

NCH Investments, LLC
201 S. Biscayne Blvd.
28th Floor
Miami, FL 33131
Attention: Aziz Munir

RE: John Martinez's Signing Authority

Mr. Munir,

I hereby confirm that John Martinez has the authority to sign your Letter of Credit on behalf of Space Coast Credit Union in the amount of $3,000,000.00 for the benefit of Dennis J. Young.

As the executive of financial risk for the Credit Union, I also oversee the Information Technology, Human Resources and Credit/Lending Departments; therefore, I have full authority to grant signing limits.

Should you need further assistance, you may contact me at 321-775-4008. Thank you for being a valued member.

Yours truly,

Tom Baldwin
Executive Vice President/
Chief Financial Officer
Space Coast Credit Union
Melbourne, FL



Corporate Office   8045 N. Wickham Road • P. O. Box 419001 • Melbourne, FL 32941-9001 • (321) 752-2222 • (800) 447-7228