**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-23124-CIV-UNGARO/OTAZO-REYES**

DENNIS J. YOUNG,
individually,

Plaintiff,

v.

NCH INVESTMENTS, LLC, a Florida limited liability company; AZIS IBN MUNIR, individually; and SPACE COAST CREDIT UNION, a member-owned not-for-profit financial cooperative,

Defendants.

_________________________________________/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Dennis Young's ("Plaintiff") Motion to Compel Discovery from Defendant Space Coast Credit Union ("Space Coast") (hereafter, "Motion to Compel Discovery") [D.E. 71]; and Nonparty BankUnited, N.A.'s (the "Nonparty") Motion for Protective Order and Motion to Quash and/or Modify Defendant's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (hereafter, "Motion for Protective Order") [D.E. 77]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 72, 79]. The undersigned held a hearing on these matters on December 20, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

1. Nonparty's Motion for Protective Order [D.E. 77] is GRANTED IN PART. The Nonparty need only produce the personnel file for its former employee John C. Martinez **by January 6, 2017**.

2. Plaintiff's Motion to Compel Discovery [D.E. 71] is GRANTED IN PART AND DENIED IN PART as follows:

   - As to Interrogatory Nos. 12, 13 & 14; and Request for Production No. 16, the Motion is GRANTED.

   - As to Requests for Production Nos. 5, 6 & 7, the Motion is GRANTED, but limited to policies pertaining to access to Space Coast's internal office premises by former employees.

   - As to Request for Production No. 17, the Motion is GRANTED, only to the extent that Space Coast must furnish Plaintiff with a release authorizing the cell phone carrier to disclose billing records for phone number 954-683-7397, upon subpoena by Plaintiff.

   - As to Requests for Production Nos. 9, 10, 11 & 14, the Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of December, 2016.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Ursula Ungaro
Counsel of Record